[This opinion has been published in *Ohio Official Reports* at 83 Ohio St.3d 546.]

THE STATE EX REL. RMI TITANIUM COMPANY, APPELLEE, *v.* INDUSTRIAL COMMISSION OF OHIO; WILLIAMS, APPELLANT.

[Cite as *State ex rel. RMI Titanium Co. v. Indus. Comm.*, 1998-Ohio-15.]

*Workers' compensation—Court of appeals' judgment reversed and Industrial Commission's order reinstated.*

(No. 98-96—Submitted September 15, 1998—Decided November 10, 1998.)

APPEAL from the Court of Appeals for Franklin County, No. 97APD08-1043.

————————————

*Jane P. Wilson & Associates Co., L.P.A.*, and *Jane P. Wilson*, for appellee.

*Green, Haines, Sgambati, Murphy & Macala Co., L.P.A., Ronald E. Slipski* and *Steven L. Paulson*, for appellant.

————————————

{¶ 1} The judgment of the court of appeals is reversed, and the order of the Industrial Commission is reinstated.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

————————————

**LUNDBERG STRATTON, J., dissenting.**

{¶ 2} I would affirm the judgment of the court of appeals.

MOYER, C.J., and COOK, J., concur in the foregoing dissenting opinion.

————————————